# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Lisa Marie Santorelli**
    Plaintiff(s)
vs.                                              **CASE NUMBER: 5:20-cv-975 (CFH)**

**Commissioner of Social Security**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Commissioners decision is AFFIRMED; and it is further ORDERED, that the Commissioners motion for judgment on the pleadings (Dkt. No. 14) is GRANTED, and plaintiffs motion for judgment on the pleadings (Dkt. No. 13) is DENIED.

All of the above pursuant to the order of the Honorable Christian F. Hummel, dated the 14th day of January, 2022.

DATED: January 14, 2022

_John Domurad_
Clerk of Court

s/Kathy Rogers
Deputy Clerk